I

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:    AMY C. LOCKE                                              CASE NO: 4:18-bk-10119 T
           Debtor                                                                         Chapter 13

### CHAPTER 13 ORDER TO PAY TRUSTEE
### (EMPLOYER WITHHOLDING)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the entity from whom the debtor receives income:

        Arkansas Virtual Academy
        Human Resources Attn: Reyna Garcia
        1400 W Markham Suite 206
        Little Rock, AR  72206-7220

shall deduct from said income the sum of **$436.16 BI-WEEKLY** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from other benefits payable to the debtor and to remit the deductible sums **EACH MONTH** to:

        Joyce Bradley Babin, Trustee
        3411 Momentum Place
        Chicago, IL 60689-5334

IT IS FURTHER ORDERED that this entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated.

IT IS FURTHER ORDERED, that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance or union dues, be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS ON ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT OR VOLUNTARY CREDIT UNION PAYMENTS BE MADE FROM THE INCOME OF SAID DEBTOR, WITH THE EXCEPTION OF CHILD SUPPORT, UNLESS OTHERWISE ORDERED BY THE COURT.

IT IS FURTHER ORDERED THAT this order supersedes previous orders made in this regard to the above entity in the case.

Date: 10/31/2019                                                    /s/ Richard D. Taylor
                                                                           Richard D. Taylor
                                                                           United States Bankruptcy Judge

cc:    Joyce Bradley Babin
       Danecki Law Firm, P.L.C.
       Amy C. Locke