# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:     AMY C. LOCKE<br>Debtor | CASE NO: 4:18-bk-10119 T<br>CHAPTER 13 |

### TRUSTEE'S MOTION TO DISMISS

Joyce Bradley Babin, Trustee, for her Motion to Dismiss the above case, states:

1. The above styled Chapter 13 petition was filed on January 10, 2018, and was confirmed on May 11, 2018.

2. The plan as confirmed provided for completion within a period of time not to exceed sixty months.

3. Based on the claims filed and allowed, payments made to the plan, and the remaining scheduled plan payments, the plan will not be completed within sixty months from the effective date of the plan.

4. Pursuant to 11 U.S.C. § 1307 (c), the Debtor's plan should be dismissed for just cause. The Debtor is in material default with respect to the terms of the confirmed plan because the plan will not complete timely.

WHEREFORE, the Trustee prays for an Order dismissing the case without prejudice to the Debtor's right to file a new Chapter 13 case in the future and for all other just, proper, and equitable relief.

        /s/ Joyce Bradley Babin
Joyce Bradley Babin
Chapter 13 Standing Trustee

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on November 14, 2019.

        /s/ Joyce Bradley Babin
Joyce Bradley Babin

Amy C. Locke
1980 E. Main
Cabot, AR 72023