IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     AMY C. LOCKE,                               CASE NO: 4:18-bk-10119 T
             Debtor                                                 CHAPTER 13

### NOTICE OF OPPORTUNITY TO OBJECT

**NOTICE IS HEREBY GIVEN** that any objections or responses to the attached **Trustee's Motion for Authority to Disburse Settlement Funds** should be filed with the United States Bankruptcy Court, 300 West 2nd Street, Little Rock, AR 72201, with a copy served on Joyce Bradley Babin, Chapter 13 Trustee, at the address listed below **within twenty (21) days of the date of this Notice.**

If no objections or responses are filed in the time and manner provided, the Trustee will be entitled to submit an Order Approving the Trustee's Motion to the United States Bankruptcy Court for consideration and approval. Any objections or responses will be set for hearing by subsequent notice from the Court.

**YOU ARE SO NOTIFIED.**

                                                        **JOYCE BRADLEY BABIN**
                                                        **CHAPTER 13 STANDING TRUSTEE**
                                                        P.O. Box 8064
                                                        Little Rock, AR 72203
                                                        (501) 537-2500

                                                        By:   /s/ Joyce Bradley Babin
                                                                  Joyce Bradley Babin

### CERTIFICATE OF SERVICE

I, Joyce Bradley Babin, do hereby certify that a true and correct copy of the foregoing document has been served by CM/ECF to Robert Danecki, Danecki Law Firm P.L.C., P.O. Box 1938, Little Rock, AR 72203-1938; and Patti J. Stanley; Asst. United States Trustee., 200 W. Capitol Ave., Suite 1200, Little Rock, AR 72201; and served by U.S. Mail, postage prepaid to Amy C. Locke, 109 Earnhardt Circle, Cabot, AR 72023; on this 14th day of April 2022.

                                                        By:   /s/ Joyce Bradley Babin
                                                                  Joyce Bradley Babin

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     AMY C. LOCKE,                              CASE NO: 4:18-bk-10119 T
                Debtor                                                                  CHAPTER 13

**TRUSTEE'S MOTION FOR AUTHORITY
TO DISBURSE SETTLEMENT FUNDS**

Joyce Bradley Babin, Chapter 13 Standing Trustee, for her Motion for Authority to Disburse Settlement Funds filed in the case of the Debtor, Amy C. Locke, states:

1. This Court has jurisdiction over this motion pursuant 28 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2)(A). This motion further is filed pursuant to 11 U.S.C. § 1306.

2. The Debtor filed her chapter 13 case on November 10, 2018. The Debtor completed her plan on September 13, 2021, and at that time no further funds were expected.

3. On December 3, 2021, the Debtor filed a Motion to Compromise Controversy (Docket No. 131) regarding a personal injury lawsuit and proposed settlement with Auto Owners Insurance in the amount of $40,000. The Motion to Compromise Controversy was approved by an Order Granting Motion to Compromise Controversy entered on December 28, 2021 (Docket No. 137).

4. Based on the Order, after payment of attorney's fees and medical liens, the remaining settlement funds in the amount of $21,701.15 were to be paid to the Trustee.

5. The settlement funds constitute property of the Debtor's estate pursuant to 11 U.S.C. § 1306 and should be paid to creditors.

6.      The Debtor has claimed a portion of the settlement funds, or $11,484.93, as exempt pursuant to 11 U.S.C. § 522(d)(5). However, the Debtor has not sought a refund of any of the proceeds.

7.      In the Debtor's bankruptcy case, nonpriority unsecured claims of $125,869.27 were filed and paid only a *de minimis* amount.

8.      The settlement funds of $21,701.15 should be distributed to the Debtor's nonpriority unsecured creditors with allowed claims.

WHEREFORE, the Trustee prays that her Motion for Authority to Disburse Settlement Funds is granted; that the distribution of the settlement funds to the Debtor's unsecured creditors with allowed claims is approved; and for all other just, proper and equitable relief.

Respectfully submitted,

**JOYCE BRADLEY BABIN**
**CHAPTER 13 STANDING TRUSTEE**
P.O. Box 8064
Little Rock, AR 72203
(501) 537-2500

By:     /s/ Joyce Bradley Babin
            Joyce Bradley Babin