IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RE:   AMY C. LOCKE, | CASE NO: 4:18-bk-10119 T/B |
| Debtor | Chapter 13 |

### NOTICE OF OPPORTUNITY TO OBJECT OR RESPOND TO DEBTOR'S MOTION FOR REFUND

You are hereby notified that the captioned Debtor had filed the attached Motion for a Refund. Objections or Responses to the Motion for Refund must be filed with the U.S. Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 21 days from the date of this notice, with copies to the attorney for the Debtor and Joyce Bradley Babin, Trustee, P.O. Box 8064, Little Rock, AR 72203. If responses to the Motion for Refund are received, they will be set for hearing by subsequent notice. If no objections or responses are received, the Motion for Refund may be granted without further notice or hearing.

DATED: April 14, 2022

/s/ Robert R. Danecki
Robert R. Danecki (92105)
Danecki Law Firm, P.L.C.
Attorney for Debtor
P.O. Box 1938
Little Rock, AR  72203
(501) 371-0002

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Notice and attached Motion for Refund have been provided to:

| | |
|---|---|
| Standing Chapter 13 Trustee *(ECF)* | Internal Revenue Service |
| Joyce Bradley Babin | Special Procedures Staff |
| P.O. Box 8064 | P.O. Box 21126 |
| Little Rock, AR 72203 | Philadelphia, PA 19114-0326 |
| | |
| U.S. Attorney, Eastern District | Employment Security Division |
| P.O. Box 1229 | Legal Division |
| Little Rock, AR 72203 | P.O. Box 2981 |
| | Little Rock, AR 72203 |

and to all creditors whose names and address are set forth on the mailing matrix
by electronic notification (ECF) and/or U.S. Mail, *postage prepaid*, on this 14th day of April, 2022.

/s/ Robert R. Danecki
Robert R. Danecki

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: AMY C. LOCKE,                        CASE NO: 4:18-bk-10119 T/B
      Debtor                                                             Chapter 13

## MOTION FOR REFUND

Comes now the Debtor, Amy C. Locke, by and through her attorney, Danecki Law Firm, P.L.C., and for her Motion for Refund states as follows:

1. Debtor filed for relief under Chapter 13 of Title 11 on January 10, 2018.

2. Debtor has completed her Chapter 13 Plan.

3. The Trustee received $21,701.15 from Debtor's personal injury settlement.

4. Debtor claimed $11,484.93 of funds as exempt pursuant to 11 U.S.C. §522(d)(5).

5. Debtor requests the exempt amount of $11,484.93 of the insurance proceeds be refunded to her.

         WHEREFORE, Debtor respectfully request that the Motion for Refund be granted and for all other proper and just relief to which she may be entitled.

                                                                         Respectfully submitted,

                                                                         /s/ Robert R. Danecki
                                                                         Robert R. Danecki (92105)
                                                                         Danecki Law Firm, P.L.C.
                                                                         Attorney for Debtor
                                                                         P.O. Box 1938
                                                                         Little Rock, AR 72203
                                                                         (501)371-0002